IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendall Harrison, | CASE NO. CV-F-98-5981 LJO WMW |
| Plaintiff, | **ORDER FOR TRIAL SETTING CONFERENCE** |
| vs. | **ORDER DIRECTING CLERK'S OFFICE TO FAX ORDER TO LITIGATION OFFICE** |
| Carl Sparks, et al, | Trial-setting Conference<br>Date: April 3, 2007<br>Time:   8:30 am.<br>Courtroom.: 8 (LJO) |
| Defendants. | |

For good cause shown, this Court sets a trial-setting conference for **April 3, 2007 at 8:30 a.m. in Courtroom 8 (LJO)**. At the conference, the parties' counsel shall be prepared to set dates for a pretrial conference and trial. If jointly requested by the parties, this Court will entertain to set a settlement conference. Counsel for defendants is required to arrange for the participation of plaintiff in the telephonic trial confirmation hearing and to initiate telephonic hearing at (559) 499-5680.

Further, Clerk's Office shall send a courtesy copy of this order by facsimile to the Litigation Office at High Desert State Prison.

IT IS SO ORDERED.

**Dated:   February 26, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES DISTRICT JUDGE

1