IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDELL HARRISON,** | 1:98-cv-5981-LJO WMW |
| Plaintiff, | **ORDER RESETTING TRIAL DATE (Trial to trail in-progress case)** |
| vs. | **New Trial Date: Wednesday, September 19th, 8:30 a.m.** |
| **BARBARA WEIDELICH, DEPUTY SHERIFF OF KERN COUNTY,** | |
| Defendant. | |

The trial date in this case, previously set for Monday, September 17, 2007, is HEREBY RESET for Wednesday, September 19, 2007, at 8:30 a.m. The reason for this is that the Court will be finishing an in-progress trial.

IT IS SO ORDERED.

Dated:   September 10, 2007              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE