UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL HARRISON, | 1:98-cv-5981 LJO WMW PC |
| Plaintiff, | ORDER VACATING AUGUST 24, 2007 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO WENDELL HARRISON, CDC #K-32498 |
| v. | |
| CARL SPARKS, et al., | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT WENDELL HARRISON, CDC #K-32498 |
| Defendants. | (DOCUMENT #111) |

Plaintiff Wendell Harrison("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 24, 2007, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Wendell Harrison, Plaintiff, commanding the Warden of High Desert State Prison to produce California prisoner Wendell Harrison, CDC#K-32498 in this court on September 17, 2007, to testify at trial in this action.

On September 10, 2007, the court continued the trial previously set for September 17, 2007, to be re-set for September 19, 2007, at 8:30 a.m., in Courtroom No. 4 on the 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California. **By separate order, the court has continued the trial date.**

ACCORDINGLY, IT IS ORDERED that the court's order of August 24, 2007, ordering that

1

a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issue commanding the production of inmate Wendell Harrison, BE VACATED and re-issued as follows:

## ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM
## TO TRANSPORT WENDELL HARRISON, CDC # K-32498

Plaintiff, **WENDELL HARRISON**, inmate CDC# K-32498, a necessary and material witness on his own behalf in proceedings in this case on September 19, 2007, is confined at High Desert State Prison, 475-750 Rice Canyon Rd., Susanville, California 96127, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 7th Floor, Courtroom #4, United States Courthouse, 2500 Tulare Street, Fresno, California on September 19, 2007, at 8:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison, 475-750 Rice Canyon Rd., Susanville, California 96127:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

1  **FURTHER**, you have been ordered to notify the court of any change in custody of the
2  inmate and have been ordered to provide the new custodian with a copy of this writ.



8  IT IS SO ORDERED.

9  Dated:   September 10, 2007              /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE

3